**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at        BALTIMORE**

| | | |
|---|---|---|
| In re: | : | |
| SCOTT A. MASON | : | CASE NO. **18-22014** |
| | : | |
| GRACE K. MASON | : | CHAPTER 13 |
| | : | |
| Debtor(s) | : | |
| | : | |

**MOTION TO CONVERT**
**CASE UNDER CHAPTER 13**
**TO CASE UNDER CHAPTER 7**

Pursuant to 11 U.S.C. § 1307(a), Scott A. Mason and Grace K. Mason, the Debtor(s), requests this court to convert their case under Chapter 13 to a case under Chapter 7, and as grounds states as follows:

1. The Debtors filed for relief under Chapter 13 of the Bankruptcy Code on September 10, 2018, The confirmation hearing for their Plan is scheduled for January 8, 2019.                    .

2. Plan payments in this matter were proposed at $200.00 for the first month, and $329.00 monthly thereafter.  While these amounts may seem modest, the Debtors have been struggling to make even the first payment.

3. Debtor Scott Mason has had a reduction in income, which negatively impacts the household budget and the Debtors' ability to comply with the requirements of their Chapter 13 proceeding.

4. The ability to obtain a replacement job with a higher rate of pay, or the ability to obtain supplemental or additional household income is unlikely at this time.

5. The Debtors have not been able to proportionately reduce monthly expenditures to offset the reduction in income.

Having been fully advised of the difference in the effects of a Chapter 13 discharge and a Chapter 7 discharge, particularly as to secure home mortgage creditors, the Debtors move this Honorable Court to convert this case to a proceeding under Chapter 7 of the Bankruptcy Code.

Date:  December 12, 2018                                        Respectfully submitted,


                                                               */s/  Ann Shaw*
                                                               Ann Shaw, 09595
                                                               The Law Firm of Shaw & Crowson, P.A.
                                                               212 W. Main Street, Suite 303
                                                               P.O. Box 448
                                                               Salisbury, MD 21803-0448
                                                               1-410-742-9171
                                                               Attorney for Debtor
                                                               ashaw@lawislocal.com

## CERTIFICATE OF SERVICE

        I HEREBY CERTIFY that on the 12th day of December, 2018, a true and correct copy of the
Debtors' Motion to Convert Case Under Chapter 13 to Case Under Chapter 7 was sent by first class mail,
proper postage prepaid to the following, as well as all creditors and interested parties on the attached list:

                                U.S. Department of Justice
                                Office of the U.S. Trustee
                                101 W. Lombard Street, Suite 2625
                                Baltimore, MD 21201

                                Robert S. Thomas, II
                                Chapter 13 Trustee
                                300 E. Joppa Road, Suite #409
                                Towson, MD 21286


                                                               */s/  Ann Shaw*
                                                               Ann Shaw, 09595
                                                               The Law Firm of Shaw & Crowson, P.A.

Apple Infusion
404 N Fruitland Blvd Apt A
Salisbury, MD 21801-7261

Apple Infusion Inc
404 N Fruitland Blvd
Salisbury, MD 21801-7261

Atlantic General Hospital
9733 Healthway Drive
Berlin, MD 21811-0000

Bay Area Receivables
714 Eastern Shore Dr
Salisbury, MD 21804-5953

Bay Area Receivables
PO Box 3535
Salisbury, MD 21802-3535

Cohn, Goldberg & Deutsch, LLC
Attorneys At Law
600 Baltimore Ave Ste 208
Towson, MD 21204-4084

Comptroller of the Treasury
Compliance Division, Room 409
301 W. Preston Street
Towson, MD 21201-2305

Delmarva Collection
820 E. Main Street
Salisbury, MD 21804-0000

Delmarva Collection
P.O. Box 37
Salisbury, MD 21803-0037

Delmarva Collections
P.O. Box 37
Salisbury, MD 21803-0037

Delmarva Collections, Inc.
820 E. Main Street
Salisbury, MD 21804-0000

Delmarva Radiology
918 Eastern Shore Drive
Salisbury, MD 21804-0000

Deutsche Bank National Trust Company
P.O. Box 619096
Dallas, TX 75261-9096

Directv, LLC
By American InfoSource as Agent
P.O. Box 5008
Carol Stream, IL 60197-5008

Edgar A. Baker, Jr., Esq.
Wicomico County Department of Law
125 N. Division Street, Roomj 101
Salisbury, MD 21801-5030

Emergency Service Associates
P.O. Box 513001
Philadelphia, PA 19175-3001

Mr. Cooper
Attn: Bankruptcy
8950 Cypress Waters Blvd
Coppell, TX 75019-4620

Nationstar/Mr Cooper
8950 Cypress Waters Blvd
Coppell, TX 75019-4620

Nationstar Mortgage, LLC
d/b/a Mr. Cooper
600 Baltimore Avenue, Suite 208
Towson, MD 21204-4084

Peninsula Cardiology Associates
400 Eastern Shore Dr
Salisbury, MD 21804-5513

Peninsula Imaging, LLC
1655 Woodbrooke Drive, Suite 101
Salisbury, MD 21804-0000

Peninsula Regional Medical Center
100 E. Carroll Street
Salisbury, MD 21801-5493

Peninsula Regional Medical Group
100 E. Carroll Street
Salisbury, MD 21801-0000

State of Maryland DLLR
Division of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201-2225

The Bank of New York Mellon
f/k/a The Bank O
RAS Crane, LLC
10700 Abbotts Bridge Road, Suite 170
Duluth, GA 30097-8461

WS Associates-T/A Apple Discount Drug FR
404 N Fruitland Blvd Apt A
Salisbury, MD 21801-7261

Your Docs In
2425 N. Salisbury Boulevard
Salisbury, MD 21801-0000