

**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:    Case No.: **18–22014 – TJC**    Chapter: **13**

**Scott A. Mason and**
**Grace K. Mason**
Debtors

## ORDER CONVERTING FROM CHAPTER 13
## TO A CASE UNDER CHAPTER 7 ON DEBTOR(S)' REQUEST

Upon consideration of the motion/application of the Debtor(s) requesting conversion of this Chapter 13 case to a case under Chapter 7 pursuant to 11 U.S.C. § 1307(a), it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that this Chapter 13 is hereby converted to a case under Chapter 7 of the Bankruptcy Code; and

NOTICE is given to Debtor(s) to comply with the requirements of Federal Bankruptcy Rule 1019.

cc:    Debtor

      Attorney for Debtor – Ann Shaw
      Case Trustee – Robert S. Thomas II
      U.S. Trustee

**End of Order**

13x03 (rev. 11/07/2005) – jhutchinson