# LAW OFFICES OF GEORGE W. LIEBMANN, P. A.

## ATTORNEY AT LAW

8 WEST HAMILTON STREET
BALTIMORE, MARYLAND 21201

GEORGE W. LIEBMANN, ESQ.GLIEBMANN@LSPA.COMCASTBIZ.NET

January 21, 2019

U.S. Bankruptcy Court for
the District of Maryland
Garmatz Federal Courthouse, Rm. 8350
101 West Lombard Street Baltimore,
MD 21201

    Re:    In re: Scott and Grace Mason
              Bankr. Case No. 18-22014

Dear Mr. Clerk:

      The above referenced case(s) in which I serve as Chapter 7 Trustee has been determined to be an asset case. Please send the appropriate notice to creditors to file claims and establishing a bar date of the filing of claims. Thank you.

                                              Very truly yours,

                                              */s/ George Liebmann*
                                              George Liebmann