**SO ORDERED**

No response or opposition.



**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Salisbury

IN RE:

Scott A. Mason,
aka Scott Mason
Grace K. Mason,
aka Grace Mason
    DEBTOR(S)

Case No.: 18-22014
Chapter 7

The Bank of New York Mellon F/K/A The
Bank of New York as Successor in interest to
JPMorgan Chase Bank, N.A. as Trustee for
Centex Home Equity Loan Trust 2005-A, by
Nationstar Mortgage LLC, d/b/a Mr. Cooper,
Servicing Agent
    MOVANT
        vs.
Scott A. Mason,
aka Scott Mason
Grace K. Mason,
aka Grace Mason

and
George W. Liebman, Trustee
    RESPONDENT(S)

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY AS TO THE**

1

**PROPERTY KNOWN AS**
**34206 OLD OCEAN CITY ROAD, PITTSVILLE, MD 21850**

Upon consideration of the foregoing Motion Seeking Relief from the Automatic Stay, no opposition having been filed, and good cause having been shown, it is by the United States Bankruptcy Court for the District of Maryland

ORDERED

That the automatic stay imposed by 11 U.S.C. Section 362(a), be and the same is hereby, terminated to enable The Bank of New York Mellon F/K/A The Bank of New York as Successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Centex Home Equity Loan Trust 2005-A, by Nationstar Mortgage LLC, d/b/a Mr. Cooper, Servicing Agent, or its successors and assigns, to proceed with foreclosure and/or accept a Deed in Lieu of Foreclosure against the real property and improvements known as 34206 Old Ocean City Road, Pittsville, MD 21850 and allow the successful purchaser thereof to obtain possession of same.

cc:  Cohn, Goldberg & Deutsch, LLC
     600 Baltimore Avenue, Suite 208
     Towson, MD  21204

     Scott A. Mason
     aka Scott Mason
     34206 Old Ocean City Road
     Pittsville, MD 21850

     Grace K. Mason
     aka Grace Mason
     34206 Old Ocean City Road
     Pittsville, MD 21850

     and respondent(s)' counsel:            George W. Liebman, Trustee
     Ann Shaw, Esquire                       8 W. Hamilton Street
     212 W. Main Street, Ste. 303            Baltimore, MD 21201
     Salisbury, MD 21803

**End of Order**